

**Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700
Newark, NJ 07102

(973)645-2700

April 3, 2009

Honorable Peter G. Sheridan
United States District Judge
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Attn:** Dolores Hicks
Deputy Clerk

Re: United States v. Richard S. Jefferson
Crim. No. 91-266

Dear Judge Sheridan:

Please accept this letter in lieu of a more formal response to defendant's MOTION FOR ACCESS TO STATEMENT OF REASONS. The U.S. Attorney's Office for the District of New Jersey does not oppose said motion and respectfully submits that defendant should be granted access to the statement of reasons in his own case.

Respectfully yours,

RALPH J. MARRA, JR.
Acting United States Attorney

By: DAVID E. MALAGOLD
Assistant U.S. Attorney

SO ORDERED: [signature] Peter Sheridan
DATED: 4/6/09

cc: Edward H. Weis, Esq.
Assistant Federal Public Defender (Southern District of West Virginia)

Kelly R. Curry
Assistant U.S. Attorney (Southern District of West Virginia)