PROB 12A
(7/93)

## United States District Court
## for
## District of New Jersey
### Report on Offender Under Supervision

Name of Offender: Richard Jefferson                     Case No. : 91-266

Name of Sentencing Judicial Officer: H. Lee Sarokin, U.S.D.J.

Date of Original Sentence: 09/09/92

Original Offense: Bank Robbery and Possession of a Firearm in the Commission of a Bank

Original Sentence: 210 months imprisonment followed by a 5 year term of supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 01/28/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision conditions which state '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' and '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On July 27, 2011, Jefferson tested positive for the use of marijuana and cocaine.

**U.S. Probation Officer Action:**

As a sanction for these violations the offender was verbally reprimanded and was re-enrolled into a substance abuse treatment program. The probation office will increase the frequency of urinalysis and contact with the offender.

Respectfully submitted,

By: Kevin P. Egli
U.S. Probation Officer

Date: 09/20/11

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other

Signature of Judicial Officer

10/13/2011

Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

September 20, 2011

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

The Honorable H. Lee Sarokin-Designate
United States District Court Judge
Martin Luther King Jr, Federal Building and Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

RE:   U.S. v. Richard Jefferson
Case No. 91-266
<u>Notice of Non-Compliance</u>

Dear Judge Sarokin-Designate:

On September 9, 1992, Jefferson appeared before United States District Judge H. Lee Sarokin and was sentenced to 210 months imprisonment followed by five years supervised release on the offenses of Bank Robbery and Possession of a Firearm in the Commission of a Bank Robbery. In addition to the standard and mandatory conditions of supervision, the Court ordered that the offender refrain from the illegal possession and/or use of drugs, and that he shall submit to urinalysis or other forms of testing to ensure compliance. It was further ordered that the offender submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The offender has been supervised by the U.S. Probation Department in the District of Maryland since his release from custody on January 28, 2010.

The purpose of this letter is to report Jefferson's non-compliance with the conditions of his supervision. Specifically, on July 27, 2011, the offender submitted a urine sample which tested positive for the use of cocaine and marijuana. When questioned, the offender admitted to illegal drug use prior to this test. Jefferson has been re-enrolled into a substance abuse treatment program and was verbally reprimanded for his drug use.

In view of the above cited instances of non-compliance, it does not appear that a violation hearing is warranted at this time. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter. You may contact the undersigned at the telephone number listed above.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Kevin P. Egli
U.S. Probation Officer

Enclosure